**Motion Granted; Vacated and Remanded and Memorandum Opinion filed April 22, 2014.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-13-00468-CV

---

## EDWARD GRISHAM, Appellant

### V.

## LORA A. THYE, Appellee

---

**On Appeal from the 25th District Court**
**Colorado County, Texas**
**Trial Court Cause No. 22,073**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed March 19, 2013. On April 1, 2014, the parties filed a joint motion to remand the cause to the trial court for rendition of judgment in accordance with the parties' settlement agreement. See Tex. R. App. P. 42.1. The motion is granted.

Accordingly, we vacate the judgment signed March 19, 2013, and we remand the cause to the trial court for rendition of judgment in accordance with the parties' agreement.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Donovan and Brown.